**91–2428.** In re Complaint for Writ of Habeas Corpus for Billman. In Habeas Corpus. *Sua sponte*, cause dismissed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

MOYER, C.J., and H. BROWN, J., would remand to custody.

**92–128.** State, ex rel. Guthrie, v. Univ. of Toledo Benevolent Adventurers' Strategic Headquarters. In Mandamus. On answer of respondent and counterclaim. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., would grant an alternative writ.

**92–257.** State, ex rel. Gough, v. Licking Cty. Clerk of Courts. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–352.** State, ex rel. Freeman, v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–391.** State, ex rel. Aqeel, v. Morris. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–403.** State, ex rel. Pinkava, v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–410.** State, ex rel. Johnson, v. Tate. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–437.** State, ex rel. Parker, v. Ohio Dept. of Rehab. & Corr. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–448.** State, ex rel. Reese, v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.